R
PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey

### Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Linda Pichardo

**Docket Number:** 04-00161-001
**PACTS Number:** 035695

**Name of Sentencing Judicial Officer:** Honorable Katharine S. Hayden
Senior United States District Judge

**Date of Original Sentence:** 06/15/2004

**Original Offense:** NARCOTICS - IMPORT

**Original Sentence:** 3 years supervised release.

**Type of Supervision:** Supervised Release

**Date Supervision Commenced:** 11/27/07

**Assistant U.S. Attorney:** Chris Gramiccioni, 970 Broad Street, Room 502 Newark, New Jersey 07102 (973) 645-2700

**Defense Attorney:** David Holman, 1002 Broad Street, Newark, New Jersey 07102, (973) 645-6347

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the mandatory supervision condition which states 'Unlawful substance use' |
| | On or about August 5, 2010, August 27, 2010, October 26, 2010 and November 11, 2010 the offender used marijuana. |
| 2 | The offender has violated the mandatory supervision condition which states 'Failure to submit drug test' |
| | On or about June 25, 2010, August 13, 2010, September 10, 2010 and October 4, 2010, the offender failed to report for random drug testing. |
| 3 | The offender has violated the standard supervision condition which states |

PROB 12C - Page 2
Linda Pichardo

probation officer, and shall submit a truthful and complete written report within the first five days of each month.'

On November 15, 2010, the offender was directed to report to probation and provided verification of attendance at Narcotics Anonymous meetings. The offender failed to report as directed.

I declare under penalty of perjury that the foregoing is true and correct.

By: Amy J. Capozzolo
U.S. Probation Officer
Date: 11/19/10

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[X] The Issuance of a Summons.  Date of Hearing: 12/6/10 at 2:00 p.m.
[ ] No Action
[ ] Other

Signature of Judicial Officer

11/22/10
Date