UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Katharine S. Hayden |
| v. | : | Crim. No. 04-161 |
| LISA PICHARDO | : | O R D E R |

This matter having come before the Court on the petition of the United States Probation Office for a hearing regarding the failure of defendant Linda Pichardo (K. Anthony Thomas, Assistant Federal Public Defender, appearing) to comply with certain conditions of supervised release imposed on June 15, 2004; and defendant's term of supervised release having been scheduled to expire on November 25, 2010; and a petition for violations of supervised release having been filed in this matter on November 22, 2010; and for good cause shown;

IT IS on this 17th day of December 2010,

ORDERED that defendant's term of supervised released is hereby extended for an additional six (6) months from November 26, 2010 to May 26, 2011;

IT IS FURTHER ORDERED that a status conference in this matter will be held on March 21, 2011 at 10:00 a.m.;

IT IS FURTHER ORDERED that in advance of the status conference, defendant's supervising Probation Officer, Elizabeth Ward-Cuprill (United States Probation Office for the Southern District of New York), is to provide the Court with a written report of defendant's progress on supervision;

IT IS FURTHER ORDERED that any guilty plea to be entered or

sentence to be imposed for defendant's violations of supervised release will be stayed until March 21, 2011 at which time the issues in this matter will be revisited.

    SO ORDERED.

_____
HONORABLE KATHARINE S. HAYDEN
United States District Judge