UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Katharine S. Hayden |
| | : | |
| v. | : | Crim. No. 04-161 |
| | : | |
| LINDA PICHARDO | : | O R D E R |

This matter having come before the Court on the petition of the United States Probation Office for a hearing regarding the failure of defendant Linda Pichardo (David Holman, Assistant Federal Public Defender, appearing) to comply with certain conditions of supervised release imposed on June 15, 2004; and the defendant having entered a guilty plea on April 20, 2011 to having violated mandatory supervision Condition #10, which required that defendant refrain from the illegal possession and/or use of any narcotic or controlled substance during the term of supervision; and for good cause shown;

IT IS on this 25th day of April 2011,

ORDERED that the defendant is adjudged guilty of having violated mandatory supervision Condition #10, which required that defendant refrain from the illegal possession and/or use of any narcotic or controlled substance during the term of supervision;

IT IS FURTHER ORDERED that the term of supervised release is hereby revoked and terminated without improvement; and

IT IS FURTHER ORDERED that Violation Nos. 2 and 3 of the Petition filed on November 23, 2010, are hereby dismissed.

SO ORDERED.

HONORABLE KATHARINE S. HAYDEN
United States District Judge